IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                                         CR. NO. 05-20050-Ma

LANDO TATE,

   Defendant.

---

ORDER GRANTING MOTION TO CONTINUE SUPPRESSION HEARING

---

   Before the court is the May 11, 2005, motion of defendant Lando Tate for a continuance of the suppression hearing set for May 19, 2005. For good cause shown, the motion is granted. The hearing on the motion to suppress is **reset** for **Friday, June 17, 2005 at 2:30 p.m.**

   **IT IS SO ORDERED** this the ____ day of May, 2005.

                    _____
                    SAMUEL H. MAYS, JR.
                    UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 22 in case 2:05-CR-20050 was distributed by fax, mail, or direct printing on May 19, 2005 to the parties listed.

---

E. Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Needum Louis Germany
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

E. Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Needum Louis Germany
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT