IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 OCT 12 PM 5: 41

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.                                                     NO. 05-20050-Ma

LANDO TATE,

   Defendant.

---

ORDER RESETTING CHANGE OF PLEA HEARING AND EXCLUDING TIME

---

Before the court is the government's October 5, 2005, motion to reset the change of plea hearing of defendant Lando Tate, which was set on October 12, 2005. The continuance is necessary due to the unavailability of government's counsel, and for good cause shown, the motion is granted. The change of plea hearing is **reset** to **Tuesday, October 18, 2005, at 9:15 a.m.**

The period from October 14, 2005, through October 18, 2005, is excluded under 18 U.S.C. § 3161(h)(8)(A) on the basis that the ends of justice are served by allowing the continuance.

It is so ORDERED this 12th day of October, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __10-14-05__

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 44 in case 2:05-CR-20050 was distributed by fax, mail, or direct printing on October 14, 2005 to the parties listed.

---

Needum Louis Germany
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

E. Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT